# Exhibit A

William Chen
368 East 10th Street Apt 2D
New York, New York 10009
April 1, 2025

The Honorable Nin R. Morrison
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Morrison,

I hope this letter finds you well. My name is William Chen, and I am the son of Jin Ping Chen, who has pleaded guilty to the charges in your court. I am writing to share insight into my father's character and the steps he has taken to make amends.

My father's journey has been defined by sacrifice and resilience. He immigrated to the United States with my mother, seeking a better life for our family. When I was very young, financial hardship forced my parents to send me to live with my grandparents in China. It was a painful decision, but one they made out of love, to ensure I had stability while they worked to build a life in America. When my father finally brought me back to New York five years later, I struggled to adjust and cried for days. Yet, he was always there to comfort me, reassuring me that everything would be okay. Even after the years apart, he has remained a steady source of love and support.

Adapting to life in a new country with little money and limited English was not easy for my father, but he never wavered in his commitment to our family. No matter how tough his days were, he always found time to help with schoolwork, offer encouragement, and care for my mother and grandparents. His sacrifices made it possible for both my sister and I to attend college, something he always dreamed of but never had the chance to experience. I will never forget the day he drove me over 300 miles through a heavy rainstorm to get me to my senior year of college. The conditions were dangerous, and the roads were barely visible, but he never hesitated because he knew how important that moment was for my future. By the time we finally arrived, his shoulders were slumped from fatigue, and his eyes were heavy with exhaustion. Yet, instead of collapsing into rest, he carried my bags, helped me settle in, and made sure I had everything I needed before he left. That journey was just one of countless sacrifices he made for me, always putting my well-being ahead of his own.

Working at my father's restaurant from a young age greatly shaped my work ethic and business mindset. I watched him work 12 to 14-hour days, managing every aspect of the business with determination and responsibility. His relentless drive pushed me to excel academically, leading me to graduate with honors from Babson College with a degree in business and entrepreneurship. Today, I have built a career in the eCommerce industry, and the values he instilled in me — hard work, integrity, and perseverance — have been the foundation of my success. I am deeply grateful for everything he has done to give me a better life.

Beyond his devotion to our family, my father has been an active member of our local church and the greater Chinese community in New York City. He has volunteered at our church, cooked meals for those in need, driven people to retreats, and organized community events. He has always believed in giving back, even when he had little himself.

Since the events that led to his guilty plea, my father has shown deep remorse and fully accepted the consequences of his actions. To make things right, he voluntarily closed his restaurant, Hiroshi Sushi, because its location violated the terms of his pretrial supervision. Although he had the option to request an exception, he chose to comply and take full responsibility for his actions, despite the financial and emotional challenges involved. He has severed all ties with the organization involved in the charges and has strictly adhered to every condition of his pretrial supervision. Through it all, he has remained a devoted family man and a valued member of our community, always prioritizing his loved ones and giving back whenever possible.

Your Honor, I respectfully ask for your compassion and consideration in this matter. My father is a man of goodwill who has always treated others with kindness, respect, and generosity. He deeply regrets his actions and is fully committed to making things right. A sentence that allows him to continue supporting our family and contributing positively to our community would best serve the interests of justice and rehabilitation.

Thank you for your time and for considering my perspective.

Sincerely,



William Chen

Meng Meng Chen
18 6th Avenue Apt 1121
Brooklyn, NY 11217
April 1st, 2025

The Honorable Nin R. Morrison
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

To The Honorable Nin R. Morrison,

    I hope this letter finds you well. My name is Meng Meng Chen and I am writing to you in my capacity as a daughter to advocate for my father, Jin Ping Chen, who has pleaded guilty in your court. It is a privilege to vouch for his character and integrity, and I sincerely hope this letter can provide you with a deeper understanding of the person he is and the meaningful steps he has taken to make amends.

    My father's journey has been one of unwavering sacrifice and incredible resilience. In search of a better life for mother and me, and to alleviate our family's financial burdens, he immigrated to the United States alone, not knowing a word of English and with little money to his name. I was only 6 months old when he left, so up until I was 5 years old, I had only known my father's voice from his weekly phone calls and his face from the photos he'd sent every few months. After five years of working tirelessly at restaurants–cooking, delivering, cleaning, fixing equipment, even sleeping there—he finally saved enough money to bring my mother and I to New York.

    My father continued to work 16-hour days but always woke up extra early in the morning to make breakfast and bike me to school—I had perfect attendance from kindergarten through high school. He'd devote his only day off to take me to all the places I wanted to go—I swear I've been to every zoo and park in this city. He would ask his customers to help me with my homework when I barely knew any English and thanked them graciously with free meals. When I was 12 years old, I needed heart surgery, and my father stayed in the hospital with me for a week, that was the only time he ever took any time off. After I was released, he took on extra shifts wherever possible to pay for my medical bills. He sought U.S. citizenship, dedicating months to taking English classes after work and sleepless nights studying for the test, so that I could be naturalized as one and gain access to better opportunities in this country. Despite all the hardships and challenges he faced, my father always made sure my brother William and I were provided for, healthy, and happy. His sacrifices and devotion paved the way for us to be the first in our family to ever attend college. We grew up truly believing that we could accomplish

anything we set our minds to, and our dreams were completely within reach. Today, my brother and I are both successful in our careers and owe it all to our father, who gave us everything and more.

      My father is the kindest, most generous person I know. He is always quick to lend a helping hand or go out of his way to assist those in need, never expecting anything in return–he does it simply because he's a good person. I vividly remember during the first night of the blackout of 2003, when trains were shut down and many people were stranded in Manhattan, my father volunteered to drive strangers home and made several trips across boroughs throughout the night. When he was finally able to open his own restaurant, all the employees he hired were immigrants, who had just come to America in pursuit of the same dream as he did years ago. He provided them with financial support, housing, even driving lessons–all the opportunities to start building a better life here. When the city shut down because of the pandemic, my father didn't hesitate to step up. He took it upon himself to deliver masks, supplies, and food to those in need, especially to the elderly in our community who couldn't leave their homes, making sure they had the essentials to stay safe and healthy. Every Sunday, his only day off, my father volunteers at our church, preparing meals for the congregation and providing transportation for the elderly. He has always believed in giving back, even when he had little himself, and he has instilled those core values in my brother and me. Growing up, we witnessed him constantly aiding others, whether it was offering rides, donating food, or just being there for people. He made sure we knew that it's the little acts of kindness that matter most, and that giving back isn't something that should only happen when you have plenty, but whenever you're able to help.

      Since the events that led to his guilty plea, my father has shown deep remorse and has fully acknowledged the consequences of his actions, particularly the disappointment he has caused not only to our family but also to our community. To show his commitment to making amends, he voluntarily closed his restaurant because its location violated the terms of his pretrial supervision. Although he could have requested an exception, he chose to fully comply and take full responsibility for his actions, despite the financial and emotional toll closing the restaurant would cause. He has since severed all ties with the organization involved in the charges and has adhered to every condition of his pretrial supervision.

      Your Honor, I respectfully ask for your compassion and leniency in your sentencing decision. My father is a man of great integrity, who has always treated others with kindness, respect, and generosity. He sincerely regrets his actions and is wholeheartedly committed to making things right and contributing positively to society. Thank you for your time and considering my perspective on this matter.

Sincerely,

*[signature]*

Meng Meng Chen

Funing Zhuo
6711 48th Avenue
Woodside NY 11377
917-386-7792
03/25/2025

Dear Judge Morrison,

My name is Funing Zhuo, I am a U.S. citizen who has been living in the United States for nearly 30 years, and I currently operate a laundromat. The purpose of this letter is to express my deep support for my old friend and classmate, Mr. Jing Ping Chen. I have known Mr. Chen for over 40 years, as we graduated from Changle No. 1 High School in Fujian, China, in 1980. Over the years, we have stayed in touch, and I have personally witnessed his character, personal integrity, and sense of responsibility toward his family and society.

I understand that Mr. Chen has taken responsibility for the mistakes he has made and has not made excuses for his actions. I believe he fully understands the seriousness of this situation and deeply regrets his actions. His reflection and accountability further reassure me that he sincerely hopes to make amends and contribute positively to his family, friends, and community once again.

Throughout the years I have known Mr. Chen, he has consistently been a kind, sincere, and helpful person. He values family highly and is a respected husband and father. He is also a devout Christian who actively participates in volunteer work at his church, always treating others with kindness and faith. He has also served as the president of the Changle No. 1 High School Alumni Association in the United States, during which time he actively organized events, fostered alumni friendships, and helped those alumni in need. Under his leadership, the alumni association revitalized and became more cohesive, benefiting many people.

He is humble, optimistic, diligent, and generous, always willing to give without expecting anything in return. He has always been a trustworthy and respected person among our classmates. It is with great regret that I see him in this difficult situation. However, I firmly believe that he is willing to repent and has the ability to start over. For this reason, I respectfully ask the court to consider his consistent good character, his contributions to the community, and the attitude he has in his willingness to take responsibility and in making a positive change.

Thank you for taking the time to read this letter, and I appreciate your consideration of my support and trust in Mr. Jing Ping Chen during the sentencing process.

Respectfully yours,

_____
Funing Zhuo

**TRANSLATION:**

Dear Honorable Judge,

My name is Chuen T. Chan, and I am a retired elder and an advisor to the Changle No. 1 High School Alumni Association. Mr. Jin Ping Chen has been a good friend of mine for many years.

We met over 20 years ago during an alumni gathering at Changle No. 1 High School. At that time, he was young and had a promising future, with a harmonious family. To support his family, he worked hard in a restaurant, and despite his busy schedule, he gave up much of his rest time to actively help manage the affairs of the alumni association. His serious and fair approach to work, strong sense of responsibility, and warm and sincere demeanor made him well-liked. As we had more contact with one another, we became friends. I witnessed his journey from serving as the executive vice president of the Changle No. 1 High School Alumni Association to becoming its president after the election. Later, he also served as the deputy secretary-general of the Changle Association. Throughout his time in these roles, he worked diligently and quietly, always willing to help others. He devoted a great deal of time and energy to maintaining alumni connections and helping the local community. He even dedicated his Sundays to spreading the gospel at church. His efforts were widely praised by alumni, local community members, and church friends.

This time, he made a mistake while carrying out his duties, and he has recognized his error and come to terms with the facts. This incident has caused severe emotional and financial impacts on both him and his family. In order to care for his family and help them through this difficult time, he is willing to humbly accept making amends. I kindly ask the court to consider his past upright behavior and the fact that this is his first offense, and to grant him a more lenient sentence, giving him a chance to reform and turn over a new leaf.  Thank you!

Chuen T. Chan

March 27, 2025

# Banner of Christ Church 411 Ministry Intl.(BCC411)

Add. : 143-26 41th Ave., 2F Flushing 11355  Tel: 1718 888 1777

Website:www.bcc411.com  email:411@bcc411.com

==================================================================

April 16, 2025

Re: JinPing Chen

Dear Sir/Madam,

This is to verify that Mr. JinPing Chen attended our church in June 2011, as well as his wife and patents in law. Then the family left our church from June 2013 to 2017 due to their own issues. Then they returned to our church in November of 2017, we embraced them again out of the love of Christ. And he has been involved in some social and NGO organizations which we have no idea about his social lives and activities.

He serves in our kitchen and catering job on Sunday services with other brothers and sisters by taking turns, we really appreciate this service. He normally leaves the church on Sunday afternoons for his own business. We were so shocked when we heard the news about his case, it impacted the whole church and we pray that all the harms could be minimal and all God's people can follow the truth. Other than praying, we don't know what to do , may God take in control.

Please feel free to contact us should you have any further questions.

In His Service,

*[signature]*

Ellen Dong

Pastor of BCC411 Church and Ministry, Intl